**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOHN M. GERA, | : | No. 13 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BOROUGH OF FRACKVILLE AND | : | |
| SCHUYLKILL, COUNTY DISTRICT | : | |
| ATTORNEY'S OFFICE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 11th day of May, 2022, the Application for Extraordinary Relief is DENIED.